THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher W. Pyatt, Appellant.
 
 
 

Appeal From Horry County
 J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2009-UP-251
Submitted May 1, 2009  Filed May 28, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor J. Gregory Hembree, of Horry, for Respondent.
 
 
 

PER CURIAM:  Christopher
 W. Pyatt appeals his guilty plea and
 sentence for possession of cocaine third offense, arguing his plea was not
 voluntary because the plea judge failed to advise Pyatt of the maximum penalty
 he faced.  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.